1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org

5

6 Attorneys for Mr. Ramirez-Quebedo

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    Case No. 08MJ1840
                                      )
12              Plaintiff,            )
                                      )
13 v.                                 )
                                      )    **NOTICE OF APPEARANCE**
14 **SALVADOR RAMIREZ-QUEBEDO,**      )
                                      )
15              Defendant.            )
                                      )
16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                        Respectfully submitted,

21 Dated: June 18, 2008                    _s/  Bridget Kennedy_____
                                          Federal Defenders of San Diego, Inc.
22                                        _bridget_kennedy@fd.org_

23

24

25

26

27

28

1  **BRIDGET KENNEDY**
California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
bridget_kennedy@fd.org
5

6  Attorneys for Mr. Ramirez-Quebedo

7

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      Case No. 08mj1840
                                       )
12              Plaintiff,             )
                                       )
13  v.                                 )      PROOF OF SERVICE
                                       )
14  **SALVADOR RAMIREZ-QUEBEDO,**      )
                                       )
15              Defendant.             )
                                       )
    _____)
16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18  her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19  upon:

20          **Assistant United States Attorney**
            efile.dkt.gc1@usdoj.gov
21

22  Dated: June 18, 2008                     *s/ Bridget L. Kennedy*
                                             **BRIDGET L. KENNEDY**
23                                           Federal Defenders of San Diego, Inc.,
                                             225 Broadway, Suite 900
24                                           San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
25                                           (619) 687-2666  (fax)
                                             e-mail:bridget_kennedy@fd.org
26

27

28